UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:                                                                      Case No.17-29447-bhl

     Raymond L. Lawson

              Debtor(s)                                Chapter 13

---

**NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

---

     Raymond L. Lawson , debtor(s), filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

     File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

                    Clerk of Bankruptcy Court
                    517 E. Wisconsin Ave., Room 126
                    Milwaukee, WI

     If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

Drafted by:
Timothy R. Hall
Law Office of Timothy R. Hall
5600 W. Brown Deer Rd., Suite 203
Brown Deer, WI 53223
phone: (414) 355-3540
Email: attytimhall@sbcglobal.net

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

   _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or

   __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

   a. Paragraph 10. Special Provisions. is amended by adding the following:

   f. Debtor to provide proof of payment of post-petition real estate taxes to the trustee by November 1st for each year the plan is in existence.

   b. Proof of Claim No. 3 filed by Wisconsin Support Collections Trust Fund to be paid outside the plan by debtor directly at the rate of $35.00 per month.

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

## CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification. **The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2017

Law Office of Timothy R. Hall
Attorney for Debtor(s)

_____
Raymond L. Lawson, Debtor

By:_____
Timothy R. Hall
State Bar No. 1016369